| Case | Docket No. | Date | Judge | Disposition |
|---|---|---|---|---|
| Green v. State | 49A04–1510–PC–1685 | 12/09/2016 | BAKER, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Golden v. State | 71A03–1601–CR–167 | 12/09/2016 | MATHIAS, J.<br>ROBB, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| N.H., In re | 89A04–1606–JT–1262 | 12/09/2016 | MATHIAS, J.<br>BAKER, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Smee v. Johnson | 64A03–1511–CT–1904 | 12/09/2016 | BAKER, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Wroblewski v. FS Financial, LLC | 71A03–1602–SC–318 | 12/12/2016 | CRONE, J.<br>KIRSCH, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Hill v. State | 64A03–1602–CR–313 | 12/12/2016 | CRONE, J.<br>KIRSCH, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Webb v. State | 19A01–1603–CR–515 | 12/12/2016 | MATHIAS, J.<br>ROBB, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Brundage v. Brundage | 45A04–1603–DR–506 | 12/12/2016 | BRADFORD, J.<br><br>PYLE, J.<br>ALTICE, J. | Affirmed in part and Reversed in part, and we Remand with instructions<br>Concurs<br>Concurs |
| Kaylor v. State | 71A03–1603–CR–586 | 12/12/2016 | ALTICE, J.<br>BRADFORD, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Giger v. State | 71A03–1602–PC–392 | 12/12/2016 | BARNES, J.<br>RILEY, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Kleinman v. Fifth Third Securities, Inc. | 49A02–1603–CC–624 | 12/12/2016 | VAIDIK, C.J.<br>BAKER, J.<br>NAJAM, J. | Affirmed<br>Concurs<br>Concurs |